UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS FASONE,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES,

    Defendant.

                                                            /

CASE NO. 6:10-cv-1684-Orl-19KRS

### PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, THOMAS FASONE ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, NATIONAL ACTION FINANCIAL SERVICES ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Ormond Beach, Volusia County, Florida.

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a company with a business office located in Williamsville, New York.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a (6)*.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

9. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt owed by his son, Thomas J. Fasone.

10. Defendant has been placing calls to Plaintiff for nearly four weeks.

11. Defendant places calls to Plaintiff and requests a call back on telephone number: 800-443-2963.

12. Defendant places calls to Plaintiff on his home telephone number: 386-673-4264.

13. Plaintiff has repeatedly informed Defendant that Plaintiff is not the consumer that Defendant is looking for.

14. Defendant continues to place collection calls directly to Plaintiff despite this.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

15. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and

    c. Defendant violated *§1692e(10)* of the FDCPA by engaging in the false and deceptive practices of placing calls to Plaintiff despite knowing that he is not the consumer that Defendant is seeking to collect from.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

16. Statutory damages of $1,000.00, pursuant to the FDCPA, 15 U.S.C. 1692k.

17. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

18. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _____
James Pacitti
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x230
Fax: (866) 802-0021
jpacitti@consumerlawcenter.com
Attorney for Plaintiff
FBN: 119768

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, THOMAS FASONE hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, THOMAS FASONE, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, THOMAS FASONE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: Oct 22, 2010

THOMAS FASONE,
Plaintiff

VERIFIED COMPLAINT                                          4