UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS FASONE,

    Plaintiff,                                  CASE NO. **6:10-cv-1684-Orl-19KRS**

v.

NATIONAL ACTION FINANCIAL SERVICES,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, THOMAS FASONE, and the Defendant, NATIONAL ACTION FINANCIAL SERVICES, by and through their undersigned attorneys, having amicably settled, compromised and adjusted all matters heretofore in controversy in the above-styled cause, hereby stipulate to the dismissal of this action with prejudice, each party to bear their own fees and costs. Plaintiff requests that this Court retain jurisdiction over this claim solely for the purpose of enforcing the settlement agreement should either party fail to perform any obligations there under.

                                                              RESPECTFULLY SUBMITTED,

                                    By: \_/s/ James Pacitti_____
                                      James Pacitti
                                      Krohn & Moss, Ltd
                                      10474 Santa Monica Blvd., Suite 401
                                      Los Angeles, CA 90025
                                      Phone:  (323) 988-2400 x230
                                      Fax:    (888) 755-0945
                                      jpacitti@consumerlawcenter.com
                                      Attorney for Plaintiff
                                      FBN: 119768

By :   /s/ Barry Jay Warsch
　　　Barry Jay Warsch. Esq.
　　　Boyd Richards Parker & Colonnelli, P.I.
　　　100 Southeast 2nd Street, 36th Floor,
　　　Miami, FL 291511
　　　bwarsch@boydlawgroup.com
　　　FNB 291511